UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRISTI CYPROWSKI | CIVIL ACTION |
| VERSUS | NO. 22-2938 |
| LOOP LINEN SERVICES, INC. | SECTION M (5) |

## ORDER

Considering plaintiff Cristi Cyprowski's motion for dismissal (R. Doc. 36),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that all claims in the captioned matter are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 15th day of September, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE